OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

June 4, 2025

Justin R. Alberto
Cole Schotz
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

Linda J. Casey
Office of United States Trustee
844 N King Street
Suite 2207
Wilmington, DE 19801

Jami B. Nimeroff
Brown Nimeroff
18 Kings Highway W
Haddonfield, NJ 08033

RE: In re: Alecto Healthcare Services LLC
Case Number: 25-1853
District Court Case Number: 1:23-cv-01442
District Court Case Number: 1:24-cv-00494

Dear Counsel:

Pursuant to our docketing letter dated **May 6, 2025**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**

The above listed forms must be completed within **fourteen (14) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Stephanie
Case Manager
267-299-4926
cc: Maureen Davidson-Welling, Esq.
William A. Hazeltine, Esq.
Carl N. Kunz III, Esq.
Bren J. Pomponio, Esq.
John E. Stember, Esq.
William D. Sullivan, Esq.
Jeffrey R. Waxman, Esq.