# EXHIBIT 1

# ALECTO HEALTHCARE SERVICES LLC
101 N. Brand Boulevard, Suite 1920
Glendale, California 91203

October 25, 2025

The Reed Creditors
c/o Mountain State Justice Inc. Client Trust Account
1217 Quarrier Street
Charleston, WV 35301
Attn: Bren Pompino

      Re:    In Re Alecto Healthcare Services LLC
              United States Bankruptcy Court for District of Delaware Case No. 23-10787(JKS)

Dear Creditor:

Pursuant to the provisions of the Small Business Debtor's Plan of Reorganization dated December 19, 2023 and effective as of April 19, 2024 (the "Plan"), please find enclosed a check in the amount of $6,928.33, which represents your allocated share of the first distribution to creditors under the Plan with respect to Claim No. 19-1. A schedule which provides the calculations by which your share of the first distribution was calculated is also enclosed.

Please contact me at (949) 878-9362 or msarrao@sarraolaw.com should you have any questions.

Sincerely,

Michael J. Sarrao
Executive Vice-President & General Counsel

Enclosures



Case: 25-1853  Document: 34-2  Page: 3  Date Filed: 12/11/2025

**Alecto Healthcare Services LLC**
101 N BRAND BLVD, STE 1920
GLENDALE, CA 91203
818-660-2583

**CITY NATIONAL BANK**
3484 Central Avenue
Riverside, CA 92506

3518

10/23/2025

PAY TO THE ORDER OF ___ Mountain State Justice Inc. Client Trust Account ___  $ **6,928.33

Six thousand nine hundred twenty-eight and 33/100****************************************************** DOLLARS

Mountain State Justice Inc. Client Trust Account
Attn: Bren Pompino
1217 Quarrier Street
Charleston, WV 35301

_Kota N Simham_

MEMO  Claim # 19 - 1

⑆003518⑆




---

| | | | | | | 3518 |
|---|---|---|---|---|---|---|
| Alecto Healthcare Services LLC | | Mountain State Justice Inc. Client Trust Account | | | | |
| 10/23/2025 | | | | | | |
| Date | Type | Reference | | Original Amount | Balance Due | Payment |
| 10/22/2025 | Bill | Claim # 19 - 1 | | 6,928.33 | 6,928.33 | 6,928.33 |
| | | | Check Amount | | | 6,928.33 |

Alecto Healthcare Se   Claim # 19 - 1                                                       6,928.33

| | | | | | | 3518 |
|---|---|---|---|---|---|---|
| | | 10/23/2025 | | Mountain State Justice Inc. Client Trust Account | | |
| Alecto Healthcare Services LLC | | | | | | |
| Date | Type | Reference | | Original Amount | Balance Due | Payment |
| 10/22/2025 | Bill | Claim # 19 - 1 | | 6,928.33 | 6,928.33 | 6,928.33 |
| | | | Check Amount | | | 6,928.33 |

**PAYMENT RECORD**

Alecto Healthcare Se   Claim # 19 - 1                                                       6,928.33





10415        104151        Rev 2/14

In Re Alecto Healthcare Services LLC
Case No. 23-10787 (JKS)

| Claim Number | Creditor | Claim Amount | % of All Claims | Share of First Distribution |
|---|---|---|---|---|
| 2-1 | Ironshore Specialty Insurance Company | $0.00 | 0.00% | $0.00 |
| 3-1 | Department of the Treasury - Internal Revenue Service | $0.00 | 0.00% | $0.00 |
| 4-1 | Cardinal Health 110 LLC | $419,842.62 | 0.99% | $888.08 |
| 5-1 | Cardinal Health 200 LLC | $119,695.80 | 0.28% | $253.19 |
| 8-1 | California Franchise Tax Board | $0.00 | 0.00% | $0.00 |
| 9-1 | MPT of Sherman-Alecto, LLC and Affiliates | $960,250.12 | 2.26% | $2,031.19 |
| 10-1 | DeLage Landen Financial | $7,313.70 | 0.02% | $15.47 |
| 11-1 | Pension Benefit Guaranty Corporation | $1,065,047.00 | 2.50% | $2,252.87 |
| 12-1 | Pension Benefit Guaranty Corporation | $1,845,012.00 | 4.34% | $3,902.70 |
| 13-1 | Pension Benefit Guaranty Corporation | $0.00 | 0.00% | $0.00 |
| 14-1 | Synder Brothers, Inc. | $173,848.49 | 0.41% | $367.74 |
| 15-1 | LHP Hospital Group | $5,107,726.81 | 12.00% | $10,804.24 |
| 16-1 | AIG Property Casualty, Inc. | $0.00 | 0.00% | $0.00 |
| 17-1 | Health Carousel Travel Network | $93,110.57 | 0.22% | $196.95 |
| 18-1 | Alecto Healthcare Services Ohio Valley Health Plan | $245,307.00 | 0.58% | $518.89 |
| 19-1 | Reed Creditors | $3,275,382.64 | 7.70% | $6,928.33 |
| 20-1 | Michael Best Friederich | $0.00 | 0.00% | $0.00 |
| 21-1 | Center for Medicare and Medicaid Services | $29,126,600.90 | 68.46% | $61,610.72 |
| 23-1 | The Medical Protective Company | $108,558.15 | 0.26% | $229.63 |
| | | $42,547,695.80 | 100.0000% | $90,000.00 |