# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 25-1853

THE REED ACTION JUDGMENT CREDITORS          vs.          ALECTO HEALTHCARE SERVICES, LLS

Calendar Date  May 12, 2026                    Location  Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by:  Bren J. Pomponio (WVSB# 7774)

Designation of Arguing Counsel:  Bren J. Pomponio (WVSB# 7774)

Member of the Bar:  ☑ Yes          ☐ No

Representing (check only one):

☐ Petitioner(s)          ☑ Appellant(s)          ☐ Intervenor(s)

☐ Respondent(s)          ☐ Appellee(s)          ☐ Amicus Curiae

Please list the name of the lead party being represented:

THE REED ACTION JUDGMENT CREDITORS

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)