OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995



April 20, 2026

Douglas N. Candeub, Esq.
Maureen Davidson-Welling, Esq.
William A. Hazeltine, Esq.
Carl N. Kunz III, Esq.
Bren J. Pomponio, Esq.
John E. Stember, Esq.
William D. Sullivan, Esq.
Jeffrey R. Waxman, Esq.

RE: In re: Alecto Healthcare Services LLC
Case Number: 25-1853
District Court Case Number: 1:23-cv-01442
District Court Case Number: 1:24-cv-00494

Dear Counsel:

The Court has directed me to advise counsel that the above-entitled case(s) will be submitted on the briefs on **Tuesday, May 12, 2026** pursuant to 3rd Cir. LAR 34.1(a). Since there will be no oral argument, your presence will not be required.

Pursuant to IOP Chapter 2.1, you are hereby advised that your appeal will be submitted before the following panel: **SHWARTZ, MASCOTT and MCKEE, Circuit Judges**

Very truly yours,

*Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

Khadija
Calendar Clerk
267-299-4914