<u>TUESDAY, MAY 12, 2026</u>

<u>Coram: SHWARTZ, MASCOTT and MCKEE, *Circuit Judges*</u>

S U B M I T T E D

<u>No.24-3185</u>
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
KOREN JONES, et al.,
Appellant

————

<u>Nos. 25-1826/25-1900</u>
Pursuant to 3rd Cir. LAR 34.1(a)

In re: BOY SCOUTS OF AMERICA and
DELAWARE BSA, LLC, et al.

D.S.,

Appellant No. 25-1826

———

In re: BOY SCOUTS OF AMERICA and
DELAWARE BSA, LLC, et al.

J. D., Claimant SST 908123,

Appellant No. 25-1900

————

<u>No.25-1853</u>
Pursuant to 3rd Cir. LAR 34.1(a)

In re: ALECTO HEALTHCARE SERVICES LLC,
a Delaware Limited Liability Company, et al.

The Reed Action Judgment Creditors,
Appellant

PAGE TWO - CONTINUED                    TUESDAY, MAY 12, 2026

Coram: SHWARTZ, MASCOTT and MCKEE, *Circuit Judges*

S U B M I T T E D

No.25-2271
Pursuant to 3rd Cir. LAR 34.1(a)

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS
CONCUSSION INJURY LITIGATION

Robin Cornish and Carleen Hastings,
Appellants

_____

No.25-2750
Pursuant to 3rd Cir. LAR 34.1(a)

S. M., et al
v.
CHICHESTER SCHOOL DISTRICT,
Appellant