UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. 25-1853


In Re: Alecto Healthcare Services LLC, a Delaware Limited Liability Company,
Debtor

The Reed Action Judgment Creditors,
Appellant

(D. Del. Nos. 1:23-cv-01442 & 1:24-cv-00494)

Present: SHWARTZ, MASCOTT and McKEE, *Circuit Judges*

1.      Motion by Appellee to Dismiss Appeal as Constitutionally and Equitably
        Moot

2.      Response by Appellant in Opposition

3.      Reply by Appellee in support of Motion to Dismiss

                                        Respectfully,
                                        Clerk/sb

_____ORDER_____
The foregoing motion by Appellee to Dismiss the Appeal as Constitutionally and
Equitably moot is denied.


                                        By the Court,

                                        s/Patty Shwartz
                                        Circuit Judge


Dated: July 28, 2026
Sb/cc:  All Counsel of Record