UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

—————————

No. 25-1853

—————————

In re: ALECTO HEALTHCARE SERVICES LLC, A DELAWARE LIMITED
LIABILITY COMPANY,
Debtor

—————————

THE REED ACTION JUDGMENT CREDITORS,
Appellant

v.

ALECTO HEALTHCARE SERVICES, LLC

—————————

Appeal from the United States District Court
for the District of Delaware
(Nos. 1:23-cv-01442 and 1:24-cv-00494)
District Court Judge: Gregory B. Williams

—————————

Submitted Under Third Circuit L.A.R. 34.1(a)
May 12, 2026

—————————

Before: SHWARTZ, MASCOTT, and McKEE, Circuit Judges.

—————————

JUDGMENT

—————————

This cause came to be considered on the record of the United States District Court

for the District of Delaware and submitted on May 12, 2026.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Judgment of the District Court entered on March 31, 2025, is hereby AFFIRMED.  Costs will be taxed against Appellant.  All of the above in accordance with the Opinion of this Court.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

Dated: July 28, 2026